■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES J. ALLEN, Also Known as CJ, Appellant. (Appeal No. 2.) [940 NYS2d 510]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered December 10, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Allen* (93 AD3d 1340 [2012]). Present—Smith, J.P., Peradotto, Carni and Sconiers, JJ.